**Fill in this information to identify DEBTOR's case:**

United States Bankruptcy Court for the:
Western District of Washington

Case number (If known): 23-40339

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    02/20

The bankruptcy forms use *DEBTOR 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *YOU* to ask for information from both DEBTORS. For example, if a form asks, "Do you own a a car" the answer would be *yes* if either DEBTOR owns a car. When information is needed about the spouses separately, the form uses *DEBTOR 1 and DEBTOR 2* to distinguish between them. In joint cases, one of the spouses must report information as *DEBTOR 1* and the other as *DEBTOR 2*. The same PERSON must be *DEBTOR 1* in all of the forms. "DEBTOR" always identifies the municipal PERSON, never a Territorial Person, as this would be unlawful conversion under color of law.

Filer to be as complete and accurate as possible. If two married PERSONS are filing together, Filer to supply correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional page, write your name and case number (if known). Answer every question.

## Part 1: Identify DEBTORS

**About DEBTOR 1:**

1. **DEBTOR full name**

Write the name that is on the government-issued picture identification (for example, driver's license or passport).

Bring the picture identification to the meeting with the trustee.

First name: AMAS
Middle name:
Last name: CANZONI
Suffix (Sr., Jr., II, III):

**About DEBTOR 2 (Spouse Only in a Joint Case):**

First name:
Middle name:
Last name:
Suffix (Sr., Jr., II, III):

2. **All other names used in the last 8 years**

Include married or maiden names.

First name:
Middle name:
Last name:

First name:
Middle name:
Last name:

First name:
Middle name:
Last name:

First name:
Middle name:
Last name:

3. **Only the last 4 digits of the assigned Social Security number or Federal Individual Taxpayer Identification number (ITIN)**

XXX - XX - 7 1 4 8
OR
9 XX - XX - ___ ___ ___ ___

XXX - XX - ___ ___ ___ ___
OR
9 XX - XX - ___ ___ ___ ___

Official Form 101        Voluntary Petition for Individuals Filing for Bankruptcy        page 1

DEBTOR 1 **AMAS** *(First Name)* _____ *(Middle Name)* **CANZONI** *(Last Name)*  Case number (if known) _____

|  | About DEBTOR 1: | About DEBTOR 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) DEBTOR used in the last 8 years** <br> Include trade names and *doing business as* names | ☒ DEBTOR has not used business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN | ☐ DEBTOR has not used business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN |

**5. DEBTOR mailing address**

Number  Street

c/o P.O. Box 1073

Rainier Washington 98576
City                State    ZIP Code

Thurston
County

If DEBTOR 1 mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
P.O. Box

_____
City    State    ZIP Code

**If DEBTOR 2 has a different mailing address:**

Number  Street

_____

_____
City    State    ZIP Code

_____
County

If DEBTOR 2's mailing address is different from DEBTOR 1, fill it in here. Note that the court will send any notices to this mailing address.

_____
P.O. Box

_____
City    State    ZIP Code

**6. Why choosing *this district* to file for bankruptcy**

Check one:

☒ Over the last 180 days before filing this petition, DEBTOR address is in this district longer than in any other district.

☐ Another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Check one:

☐ Over the last 180 days before filing this petition, DEBTOR address is in this district longer than in any other district.

☐ Another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 2

Case 23-40339-MJH    Doc 1    Filed 03/08/23    Ent. 03/08/23 15:25:02    Pg. 2 of 9

DEBTOR 1  AMAS _____ CANZONI          Case number (if known) _____
         First Name  Middle Name  Last Name

## Part 2: Tell the Court About This Bankruptcy Case

**7. The chapter of the Bankruptcy Code chosen to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

**8. How the fee will be paid**

☐ **Pay the entire fee when petition is filed.** Please check with the clerk's office in your local court for more details about how Filer may pay. Typically, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☒ **Need to pay the fee in installments.** If this option is chosen, autograph and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **Request that the fee be waived** (Request this option only if you are filing for Chapter 7.) By law, a judge may, but is not required to, waive the fee, and may do so only if income is less than 150% of the official poverty line that applies to family size when unable to pay the fee in installments). If this option is chosen, Filer to fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with the petition.

**9. Has DEBTOR filed for bankruptcy within the last 8 years?**

☐ No
☒ Yes.

District Western WA    When 06/23/2016   Case number 16-42683-MJH
District Western WA    When 05/20/2020   Case number 20-41304-MJH
District Western WA    When 06/22/2022   Case number 22-40757-BDL
District Western WA    When 09/15/2022   Case number 22-41173-BDL

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing in this case, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.  Debtor _____ Relationship to you _____
         District _____ When _____ Case number, if known _____

         Debtor _____ Relationship to you _____
         District _____ When _____ Case number, if known _____

**11. Does DEBTOR rent a residence?**

☐ No. Go to line 12.
☒ Yes. Has the landlord obtained an eviction judgment against DEBTOR?
    ☒ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

DEBTOR 1  AMAS  CANZONI    Case number (if known) _____
         First Name  Middle Name  Last Name

## Part 3: Report About Any Businesses DEBTOR Owns as a Sole Proprietor

**12. Is DEBTOR a sole Proprietor of any full- or part-time business?**

A sole proprietorship is a business DEBTOR operate as an PERSON, and is not a separate legal entity such as a corporation, partnership, or LLC.

If having more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Is DEBTOR filing under Chapter 11 of the Bankruptcy Code and Is IT a *small business DEBTOR*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If filing under Chapter 11, the court must know whether filing as a small business DEBTOR so that it can set appropriate deadlines.* If indicating a small business DEBTOR, Filer must attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C§ 1116(1)(B).

☐ No. Not filing under Chapter 11.
☐ No. Filing under Chapter 11, but NOT as a small business DEBTOR according to the definition in the Bankruptcy Code.
☐ Yes. Filing under Chapter 11, as a small business DEBTOR according to the definition in the Bankruptcy Code, and not choosing to proceed under Subchapter V of Chapter 11.
☐ Yes. Filing under Chapter 11, as a small business DEBTOR according to the definition in the Bankruptcy Code, and choosing to proceed under Subchapter V of Chapter 11.

## Part 4: Report if DEBTOR Owns or Has Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Does DEBTOR own or have property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or does DEBTOR own any property that needs immediate attention?**

*For example, does DEBTOR own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                       Number    Street

_____

_____
City                State    ZIP Code

Official Form 101        Voluntary Petition for Individuals Filing for Bankruptcy        page 4

DEBTOR 1  AMAS  CANZONI  Case number (if known)_____
         First Name  Middle Name  Last Name

## Part 5: Explain Filer Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether Filer has received a briefing about credit counseling.**

The law requires that Filer receive a briefing about credit counseling before filing for bankruptcy. Filer must truthfully check one of the following choices. If Filer cannot do so, DEBTOR is not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About DEBTOR 1:**

You must check one:

[X] **Filer received a briefing from an approved credit counseling agency within the 180 days before filing this bankruptcy petition, and received a certificate of completion.**
Attached a copy of the certificate and the payment plan, if any, developed with the agency.

[ ] **Filer received a briefing from an approved credit counseling agency within the 180 days before filing this bankruptcy petition, but does not have a certificate of completion.**
Within 14 days after filing this bankruptcy petition, Filer MUST file a copy of the certificate and payment plan, if any.

[ ] **Filer certifies that he asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after making the request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts made to obtain the briefing, why unable to obtain it before filing for bankruptcy, and what exigent circumstances required to file this case.

DEBTOR case may be dismissed if the court is dissatisfied with the reasons for not receiving a briefing before filing for bankruptcy.
If the court is satisfied with the reasons, Filer must still receive a briefing within 30 days after filing. File a certificate from the approved agency, along with a copy of the payment plan to be developed, if any. If Filer does not do so, DEBTOR case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **Not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About DEBTOR 2 (Spouse Only in a Joint Case):**

You must check one: **N/A**

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

DEBTOR 1  AMAS ___ CANZONI  
    First Name   Middle Name   Last Name

Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts does Debtor have?**

**16a. Are the debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are the debts primarily business debts?** Business debts are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☒ No. Go to line 16c.
- ☐ Yes. Go to line 17.

**16c.** State the type of debts DEBTOR owes that are not consumer debts or business debts.

Purported debts due to Mortgage fraud, tax fraud

**17. Is DEBTOR filing under Chapter 7?**

Does Filer estimate that After any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☒ No. Not filing under Chapter 7. Go to line 18.
- ☐ Yes. Filing under Chapter 7. Does Filer estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors is estimated that DEBTOR owes?**

- ☐ 0-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much is estimated DEBTOR's assets to be worth?**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much is estimated DEBTOR's liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For Filer, a man, on behalf of DEBTOR 1 and/or DEBTOR 2**

I, a man, American State National, a Lawful Person, filer of and presenter for this bankruptcy filing, a Query and Claim in the form of a Petition, have examined this form, and I declare under penalty of perjury under the laws of The United States of America (unincorporated) and Washington State (unincorporated) that it is impossible for a member of the General Public to fill out this form truthfully without making fundamental changes thereto. I am the First Priority Creditor of the Person "Amas Canzoni" (Transmitting Utility of/for the British Territorial Subcontractor), of the PERSONS "AMAS CANZONI", "AMAS CANZONI ESTATE" (Cestui Que Vie Trust, accounts, account numbers of/for Papal MUNICIPAL Subcontractor).
All prior Powers of Attorney granted by Amas Canzoni (a man) are removed, cancelled, and permanently revoked effective May, 1957.
Amas Canzoni (a man) is Attorney-in-Fact for all purposes related to the administration of his estates. Whereas GRANTEE (here "DEBTOR") is a Cestui Que Vie Trust formed without the knowledge or consent of the Grantor (Amas Canzoni, Creditor) and has accumulated unauthorized debt Against the ESTATE benefitting secondary beneficiaries merely presumed to exist and claiming to have an interest in the ESTATE established under The MUNICIPAL LAW OF THE DISTRICT OF COLUMBIA, and the DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, the actual Creditor, the man known to the public as Amas Canzoni invokes the provision of Article IV of the Cestui Que Vie Act 1666 as one "having been found to be alive" and to be owed all benefit, control, and interest in the GRANTOR TRUST ESTATE set free and clear of all liens, debts, titles held under color of law, tithes, fees, and all other encumbrances established by the United States of America, Inc., THE UNITED STATES OF AMERICA, INC., the UNITED STATES, (INC.), USA, Inc., E Pluribus Unum the United States of America and all and any franchises thereof ab initio from the date of first registration of the ESTATE TRUST and all and any derivatives thereof, including but not limited to AMAS CANZONI, AMAS CANZONI ESTATE, and any other styles, punctuation, orders, abbreviations or variations of my Trade Name. As one of the General Public, all of your Statutes, Codes, Rules and Regulations, including but not limited to 18 U.S.C. 152, 1341, 1519, and 3571 do not apply to me.
I have filed this Query and Claim in form of a Petition to prevent a crime against I, a man, by purported creditors intended to stealing land and Private property under unlawful conversion into a PERSON's liability, whereas the liability is solely on the purported creditors' behalf.

Date: 03/07/2023  
MM / DD / YYYY

by: _____  
Filer, Lawul Person, sole power of attorney for AMAS CANZONI  
All Rights Reserved Without Prejudice

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 6

DEBTOR 1  AMAS   CANZONI       Case number (if known) _____
          First Name  Middle Name    Last Name

**For Filer, a Lawful Person, If DEBTOR(s) petition is presented by a Lawful Person**

**If DEBTOR petition is not presented by a Lawful Person, DEBTOR need not file this page.**

I, a man filing for DEBTOR(s) named in this Query and Claim in form of a Petition, declare that I am not DEBTOR1 or DEBTOR 2; nor am I "In re: Debtor", as they are PERSONS/Persons, and not I, Lawful Person. I am Attorney-in-fact for all persons named in similar style and pronunciation to my given name and family name. Furthermore, none of the Statutes, Codes, Rules, Regulations and Court Rules apply to I. The sole reason for filing is to protect I from any trespass by way of harm in form of unlawful conversion, personage and barratry. Also see Part 7 above.

Date: 03/07/2023     by: _[signature]_
MM / DD / YYYY

Autograph of the man, Lawful Person, Filer for DEBTOR(s)
All Rights Reserved   Without Prejudice

_____
Printed name

_____
Political Status

_____
Mailing address
_____

_____  _____  _____
City               State         ZIP Code

Contact phone (leave message)_____   Email address _____

_____  _____
Private Indemnity Bond    State

DEBTOR 1 __AMAS__ _____ __CANZONI__        Case number (if known)_____
         First Name  Middle Name   Last Name

**For Filer when filing this bankruptcy without an attorney**

**If DEBTOR is represented by an attorney, Filer does not need to file this page.**

The law allows Filer, a Lawful Person, to present DEBTOR's case in bankruptcy court, but **the court should understand that many people find it extremely difficult to present their Claim successfully because bankruptcy has long-term financial and legal consequences under color of law, unlawful conversion based on personage and barratry. Filer is strongly urged to protect himself from fraudulent assignment via kidnapping into foreign jurisdiction.**

To be successful, Filer must reaffirm his given rights as one of the General Public because Filer did file all "required" documents for DEBTOR(S), PERSON(S), did or will pay a fee on time, will attend all meetings or hearings as a Lawful Person, coordinate with the court as necessity dictates, with the case trustee, U.S. Trustee, bankruptcy administrator (Clerk), as well as purported or actual creditors. If you do not protect your rights you may be contracting against your will under color of law, nondisclosure, via personage and barratry, their ignorance of their own bylaws and their contract with you (Constitutions).

To prevail, a man or woman must clearly establish that he or she is neither the DEBTOR (municipal) nor the Debtor (territorial), that their Jurisdiction of the Land and Soil has been established on the public record, unrebutted, and that they have claimed their Private Copyright to all PERSONS/Persons created without their knowledge or consent – or they might not be successful in defending their protection under the Constitutions. A man or woman is the true creditor in fact for all debts that were created in a PERSON's name, and debts can never be paid off, they must be set off by credit, a remedy provided to the General Public within the statutes, rules, codes, regulations and bylaws of all government entities. **Bankruptcy Fraud is a serious crime, you must clearly establish who or what is the fraudulent agent.**

If you decide to file as a man or woman on behalf of a PERSON or PERSONS, the court may attempt to contract with you under Roman or British Law. The court will not treat you differently because you are a Lawful Person until this is established on the court record. DEBTORS, Debtors (Persons) are subject to the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which a Claim (Petition) is filed. Be familiar with any state exemption laws that apply to the PERSON or Person named here. However, subrogation may not be done without full disclosure to the Parties. Are you aware that a man or woman's Query/Claim related to bankruptcy protection filed on behalf of a person(municipal or territorial) in court documents for a man or woman's protection is a serious action?

☐ No
☒ Yes

Are you aware that a bankruptcy Query/Claim filed by a man or woman on behalf of a PERSON or Person is subject to being treated under color of law, personage, barratry, kidnapping and thus dangerous?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out these bankruptcy forms?
☒ No
☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By autographing here, I acknowledge that I understand the risks involved in filing as a man or woman (Land and Soil Jurisdiction) for a PERSON/Person, even though appearing/presenting as the First Priority Creditor and attorney-in-fact of/for all names, however styled or punctuated, protected by a private Indemnity Bond. I am also aware that the court will presume that DEBTOR (a Fiction) is same as Filer (a Man, a Lawful Perosn, one of the General Public) without proving it on the record.

by: _____
Autograph by: Amas Canzoni, a man, Lawful Person, authorized representative for DEBTOR 1, reserving all rights. Without Prejudice, protected by Private Indemnity Bond AMRI00001 RA393427640US Washington

Date __03/07/2023__
     MM / DD / YYYY

Contact phone __360-868-4730__ (Leave Message)   Mailing address __c/o P.O. Box 1073__

Cell phone __360-868-4730__                                      __Rainier Washington__
                                                                 __98576__
Email address __edentia909@yahoo.com__

amas canzoni
c/o PO Box 1073
Rainier Washington 98576


Bank of America, N.A.
100 N Tryon St. Ste 170
Charlotte, NC 28202


New Rez LLC, F/K/A
New Penn Financial, LLC, D/B/A
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826


Department of the Treasury
Internal Revenue Service
Ogden Utah 84201